135 A.3d 1016

**SALADWORKS, LLC and Wesco Insurance Company**

**v.**

**WORKERS' COMPENSATION APPEAL BOARD (GAUDIOSO and Uninsured Employers Guaranty Fund)**

**Petition of Uninsured Employers Guaranty Fund.**

Supreme Court of Pennsylvania.

April 3, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of May, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is whether a franchisor may be subject to liability as a statutory employer under Section 302(a) of the Workers' Compensation Act?